AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MARK SPANAKOS

*Plaintiff(s)*

v.         Civil Action No. 9:17-cv-80965-DMM

ALAN ARONSON, SECURE START, LLC, AUTO SECURE USA INC., and AUTO SECURE INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALAN ARONSON
14822 Wildflower Lane
Delrary Beach, FLorida 33446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mesa & Pepin LLC
66 W Flagler
Penthouse 1
Miami Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/22/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MARK SPANAKOS

*Plaintiff(s)*

v.   Civil Action No. 9:17-cv-80965-DMM

ALAN ARONSON, SECURE START, LLC, AUTO SECURE USA INC., and AUTO SECURE INC.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Secure Start USA LLC
c/o Frank Smith. as registered agent
9900 Stirling Rd, Suite 226
Cooper City, Florida 33024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mesa & Pepin LLC
66 W Flagler
Penthouse 1
Miami Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/22/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MARK SPANAKOS

*Plaintiff(s)*

v.   Civil Action No. 9:17-cv-80965-DMM

ALAN ARONSON, SECURE START, LLC, AUTO SECURE USA INC., and AUTO SECURE INC.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Auto Secure USA INC.
c/o Frank Smith Esq. as registered agent
1200 N Federal Hwy, Suite 200
Boca Raton, Florida 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mesa & Pepin LLC
66 W Flagler
Penthouse 1
Miami Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/22/2017

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARK SPANAKOS

*Plaintiff(s)*

v.

ALAN ARONSON, SECURE START, LLC, AUTO SECURE USA INC., and AUTO SECURE INC.

*Defendant(s)*

Civil Action No. 9:17-cv-80965-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Auto Secure INC.
c/o Keith James Esq. as registered agent
4510 Portofino Way, Suite 209
West Palm Beach, Florida 33409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mesa & Pepin LLC
66 W Flagler
Penthouse 1
Miami Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/22/2017

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts