**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 17-80965-CV-MIDDLEBROOKS

MARK J. SPANAKOS,

    Plaintiff,

v.

ALAN ARONSON, *et al.*

    Defendants.

_____/

**FINAL JUDGMENT ORDER REGARDING ATTORNEY'S FEES AND COSTS**

THIS CAUSE is before the Court upon Plaintiff Mark J. Spanakos's Motion for Entry of Final Judgment (DE 122). No response to the Motion appears in the court record and the filing deadline has expired.

On April 3, 2019, I entered a final judgment in favor of Plaintiff and against all defendants, and I awarded Plaintiff nominal damages. (DE 103). I later granted in part and denied without prejudice in part Plaintiff's Motion for Attorney's Fees and Costs. (DE 111). I subsequently granted in part Plaintiff's Renewed Motion for Attorney's Fees and Costs. (DE 121). Ultimately, I determined that Plaintiff was entitled to $89,738.00 in attorney's fees, $4,474.21 in costs, and $30,000.00 in expert witness fees. *Id.* Plaintiff now moves for a final judgment order regarding the award of attorney's fees and costs.

Accordingly, pursuant to Federal Rule of Civil Procedure 58, and for the reasons set forth in the prior Final Judgment Order (DE 103) and the Order granting Plaintiff's Renewed Motion for Attorney's Fees and Costs (DE 121), it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Entry of Final Judgment (DE 122) is **GRANTED**.

2. Plaintiff MARK SPANAKOS shall recover from the Defendants ALAN ARONSON, AUTO SECURE USA, INC., and SECURE START USA LLC, jointly and severally, the amount of $89,738.00 in attorney's fees, $4,474.21 in costs, and $30,000.00 in expert witness fees for a total amount of $124,212.21, for which sums let execution issue, such sums to bear interest at the rate provided by law.

**SIGNED** in Chambers in West Palm Beach, Florida on this 4th day of August, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record
             Alan Aronson, *pro se*